Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>FATTY'S BAR, LLC,<br><br>              Debtor. | Case No. 18-01416-TLM<br><br>Chapter 11 |

**DEBTOR'S MOTION TO DISMISS**

The Debtor in Possession, Fatty's Bar, LLC, by and through its counsel of record, ANGSTMAN JOHNSON, moves this court to dismiss this matter pursuant to 11 U.S.C. §§ 349, 305(a), 349, 707(b)(1), 1112(b)(1), Federal Rules of Bankruptcy Procedure Rule 1017 and F.R.Civ.P. 41(2).

The Debtor in this matter is an operating bar in downtown Boise, Idaho. During the pendency of this matter in November of 2018, two bars that are located in downtown Boise, closed for remodeling, specifically, Dirty Little Roddys and China Blue Nightclub. These two bars are in direct competition with Debtor. The Debtor has seen a substantial increase in sales during the closures. In November of 2018, Debtor had a ten percent (10%) increase in sales. In December of 2018, Debtor had an eighty percent (80%) increase in sales. In January of 2019,

Debtor had a fifteen percent (15%) increase in sales.  Initially, the bars were to be closed through April 2019, but it now appears the China Blue Nightclub will not be re-opening.

The Debtor believes that with the continued increase in sales and related income, the Debtor will be able to continue paying its remaining debts without further need of bankruptcy protection.  The Debtor is current on payments to all post-petition creditors, and possesses sufficient assets and/or increased income to pay the remaining pre-petition debts.  Due to the increased sales revenue, and ability to repay pre-petition creditors, the Debtor does not believe conversion to Chapter 7 and subsequent liquidation would benefit unsecured creditors.  Those creditors will be fully re-paid through the Debtor's continued operations – not a Chapter 7 liquidation.  Additionally, during the pendency of this Chapter 11 case there have not been any authorized transfers of property of the Debtor – consequently there do not appear to be 11 U.S.C. §549 claims for a Chapter 7 Trustee to investigate or pursue.

Because the Debtor possesses the increased ability to repay its creditors in full without further need for bankruptcy protection, the Debtor asserts cause exists to dismiss this bankruptcy case and that the dismissal of this case is in the best interests of the creditors, and requests the Court enter an order dismissing this case

DATED this 8th day of March, 2019.

              /s/  Matt Christensen
              MATTHEW T. CHRISTENSEN
              Attorney for Debtor in Possession

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2019, I filed the foregoing MOTION TO DISMISS electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@angstman.com. |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Chad Moody | chad@angstman.com |
| Derrick J. O'Neill | doneill@idalaw.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

See attached mailing matrix.

                                                /s/  Matt Christensen
                                                Matthew T. Christensen

```
Label Matrix for local noticing            ALSCO                                   ASCAP
0976-1                                     2254 EAST BRANIFF                       250 W 57TH STREET
Case 18-01416-TLM                          BOISE, ID 83716-9613                    NEW YORK, NY 10107-1300
District of Idaho
Boise
Fri Mar  8 09:43:44 MST 2019

Alsco, Inc.                                COLE ARCHITECTS, PLLC                   COZAKOS LAW, PLLC
c/o Derrick J. O'Neill                     1008 W MAIN STREET                      398 S 9TH STREET STE 240
225 N 9th Street                           BOISE, ID 83702-5705                    BOISE, ID 83702-7169
Suite 820
Boise, ID 83702-5778


Brett R Cahoon                             Matthew Todd Christensen                Fatty's Bar LLC
OFFICE OF THE US TRUSTEE US DEPT           Angstman Johnson, PLLC                  800 Idaho Street
720 Park Blvd., Ste. 220                   199 N. Capitol Blvd., Ste. 200          Boise, ID 83702-5877
Boise, ID 83712-7785                       Boise, ID 83702-6197



Kimbell D Gourley                          ICCU VISA                               IDAHO CENTRAL CREDIT UNION
POB 1097                                   4400 CENTRAL WAY                        4400 CENTRAL WAY
Boise, ID 83701-1097                       POCATELLO, ID 83202-5096                CHUBBUCK, ID 83202-5096



IMPACT WIRELESS                            INTERNAL REVENUE SERVICE                Idaho Central Credit Union
8620 W EMERALD STE 100                     178 S RIO GRANDE                        Jones Gledhill
BOISE, ID 83704-4838                       MAIL STOP: 5021                         225 N 9th Street
                                           SALT LAKE CITY, UT 84101-1587           Suite 820
                                                                                   Boise, ID 83702-5778


Chad Moody                                 NCR CORPORATION                         NCR CORPORATION
Angstman Johnson                           3925 BROOKSIDE PARKWAY                  PO BOX 198755
199 N. Capitol Blvd., Ste. 200             ALPHARETTA, GA 30022-4429               ATLANTA, GA 30384-8755
Boise, ID 83702-6197



Derrick J O'Neill                          RON PETERSON, CPA                       STEVE MASONHEIMER
Jones Gledhill Fuhrman Gourley, PA         3100 S VISTA AVE. #102                  1797 FLOATING FEATHER
225 N. 9th St. Ste 820                     BOISE, ID 83705-7368                    EAGLE, ID 83616-3717
Boise, ID 83702-5778



THE DRINK                                  US Trustee                              End of Label Matrix
1573 S LAKEMOOR WAY                        Washington Group Central Plaza          Mailable recipients   22
EAGLE, ID 83616-6357                       720 Park Blvd, Ste 220                  Bypassed recipients    0
                                           Boise, ID 83712-7785                    Total                 22
```